# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel F. Fisher and Melissa L. Fisher | CHAPTER 13
     Debtor(s)

BKY. NO. 15-12354 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3012

Respectfully submitted,

**/s/Thomas Puleo, Esquire**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406