**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Fisher, Daniel F.
        Debtor(s)

CHAPTER 13

BKY. NO. 15-12354 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3012

Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406