United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12354-mdc
Daniel F. Fisher                                                    Chapter 13
Melissa L. Fisher
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db             #+Daniel F. Fisher,    545 Lemon Street,    Stowe, PA 19464-6511
jdb            #+Melissa L. Fisher,    545 Lemon Street,    Stowe, PA 19464-6511
13544874        +Fisher Splicing LLC,    6241 Hickory Road,    Slatington PA 18080-3231
13504765        +James Fisher,    6241 Hickory Road,    Slatington, PA 18080-3231
13570182        +Law Office of Stephen Ross, P.C.,     152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13581202         New Penn Financial, LLC d/b/a Shellpoint Mortgage,     Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Grenville, SC 29603-0826
13504768      ++++SUSQUEHANNA COMMERCIAL FINANCE, INC.,     2 GREAT VALLEY PKWY STE 300,    MALVERN PA 19355-1319
                (address filed with court:   Susquehanna Commercial Finance, Inc.,
                 2 Country View Road, Suite 300,    Malvern, PA 19355)
13504766        +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
13504767        +Susquehanna Bank Pa,    1570 Manheim Pike,    Lancaster, PA 17601-3038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:44      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13504761        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:22      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13564641        +E-mail/Text: bankruptcy@cavps.com Dec 14 2018 03:12:13     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13511364         E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13504762        +E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13504763        +E-mail/Text: dplbk@discover.com Dec 14 2018 03:12:15     Discover Personal Loan,
                Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
13504764        +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:31      GECRB/Sams Club,
                Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
13580671         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:51
                Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13534211       ##+Susquehanna Bank,    PO BOX 639,    Maugansville MD 21767-0639
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                   Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage
               Servicing bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Joint Debtor Melissa L. Fisher CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Daniel F. Fisher CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Daniel F. Fisher and Melissa L. Fisher
      Debtor(s)

Bankruptcy No: 15−12354−mdc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                                  Timothy B. McGrath
                                                   Clerk of Court

Dated: 12/13/18

                                                                        55 − 54
                                                                  Form 138_new